

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00169-CR

EX PARTE ADOUN PHOMMIVONG

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 64,888-C, Honorable Ana Estevez, Presiding

May 17, 2016

## ORDER

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Adoun Phommivong, appeals the denial of a writ of habeas corpus filed under Article 11.072 of the Texas Code of Criminal Procedure. The reporter's record was filed on April 26, 2016. Appellant now moves to abate this appeal and remand the cause to the trial court to resolve alleged inaccuracies in the reporter's record pursuant to Appellate Rule 34.6(e)(3). The State has responded and opposes the motion.

If a dispute arises as to the accuracy of the reporter's record after it has been filed in the appellate court, the appellate court may submit the dispute to the trial court

for resolution. *See* TEX. R. APP. P. 34.6(e)(2),(3). Given the permissive language of this Rule, an appellate court need not submit all such matters to the trial court for resolution. *See Villalva v. State*, No. 08-13-00219-CR, 2015 Tex. App. LEXIS 7030, at *7 (Tex. App.—El Paso July 8, 2015, no pet.) (not designated for publication). Instead, submission to the trial court is necessary only when there is a substantive dispute regarding the state of the evidence that might affect our ability to conduct an appellate review. *Id.* Appellant has not identified any alleged inaccuracy in the reporter's record that might affect our ability to conduct an appellate review.

Accordingly, we deny his motion to abate the appeal. *See* TEX. R. APP. P. 34.6(e)(3).

Per Curiam

Pirtle, J., dissenting without opinion.

Do not publish.